**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01107-CR

**JAMES PHYTHIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-47313-T**

## ORDER

On October 29, 2013, this Court ordered the Dallas County District Clerk to file the clerk's record within fifteen days. To date, we have not received the clerk's record, nor have we had any correspondence from the Dallas County District Clerk's office regarding the record.

Accordingly, the Court **ORDERS** the trial court to make findings of fact regarding whether appellant has been deprived of the clerk's record because of ineffective counsel, indigence, or for any other reason.

- The trial court shall first determine whether appellant desires to prosecute the appeal. If the trial court determines that appellant does not desire to prosecute the appeal, it shall make a finding to that effect.

- If the trial court determines that appellant desires to prosecute the appeal, it shall next determine: (1) whether appellant timely requested preparation of the clerk's records; and (2) the date by which the clerk's records will be filed.

We **ORDER** the trial court to transmit a supplemental record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/    DAVID EVANS
           JUSTICE